**Roger Bladimir Garcia ALVAREZ, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

**No. 14–60501**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 5, 2015.

Roger Bladimir Garcia Alvarez, Gadsden, AL, pro se.

William Clark Minick, Trial Attorney, Tangerlia Cox, Christina Parascandola, Trial Attorney, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that respondent's motion to dismiss the petition for review for lack of jurisdiction, which we construe as a motion for summary affirmance, is GRANTED.

The petition for review is DENIED.

---

IT IS FURTHER ORDERED that all outstanding motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.